NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5095

LA TRETHA E. STROUGHTER,

Plaintiff,

and

JEROME W. SMITH,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in consolidated case nos. 09-CV-404 and 09-CV-413, Judge Christine O.C. Miller.

## O R D E R

Jerome W. Smith moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted. The appeal is dismissed.

(2)    Each side shall bear its own costs.

FOR THE COURT

APR 2 6 2010                        /s/ Jan Horbaly
_____                    _____
Date                               Jan Horbaly
                                   Clerk

cc:    Jerome W. Smith
       Conrad J. DeWitte, Jr., Esq.
s19

ISSUED AS A MANDATE: APR 2 6 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 6 2010

JAN HORBALY
CLERK